Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

Civil Division

FILED

NOV 0 6 2020

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PRO SE CHARLIE C. MOLINE, PRO SE CHARLIE C. MOLINE for MINOR KM 1690 2010, PRO SE CHARLIE C. MOLINE for MINOR NM 7319 2012. | ) ) ) ) | Case No.    20 - 1387 <br> *(to be filled in by the Clerk's Office)* |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

### SEE TOC of CONSPIRING, PERJURIOUS, FELONIOUS PERPETRATOR'S INCORPORATED WITHIN

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.　　The Parties to This Complaint**

　　**A.　　The Plaintiff(s)**

　　　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CHARLIE C. MOLINE |
| Street Address | 2122 W. MINERS DR. |
| City and County | DUNLAP, PEORIA |
| State and Zip Code | ILLINOIS |
| Telephone Number | 8154033730 |
| E-mail Address | MOLINE1987@GMAIL.COM |

　　**B.　　The Defendant(s)**

　　　　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

SEE TOC of CONSPIRING, PERJURIOUS, FELONIOUS PERPETRATORS

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

SEE TOC of CONSPIRING, PERJURIOUS, FELONIOUS PERPETRATORS

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

SEE TOC of CONSPIRING, PERJURIOUS, FELONIOUS PERPETRATORS

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

SEE TOC of CONSPIRING, PERJURIOUS, FELONIOUS PERPETRATORS

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States18, 18 U.S. Code §373, 18 U.S. Code §1201.Kidnapping, Solicitation to commit a crime of violence Peonage, obstructing enforcement, §1583. Enticement into slavery, §1584, Sale into Involuntary servitude, §1585,Seizure, detention, transportation or sale of slaves.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff,  *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.   If the plaintiff is a corporation

The plaintiff,  *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant,  *(name)*  SEE TOC of CONSPIRING, PERJURIOUS,  , is a citizen of the State of *(name)*  FELONIOUS PERPETRATORS  . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.　If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.　The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
CRIME VICTIMS of a VIOLENT CONSPIRICACY CRIME.

## III.　Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.　Where did the events giving rise to your claim(s) occur?
PEORIA COUNTY ILLINOIS. THEY RUN AN ILLICIT CHILD PEONAGE RING UNDER THE NAME of THE PEORIA DEPARTMENT of CHILDREN and FAMILY SERVICES. JB PRITZKER IS THE RING LEADER JUST AS HIS COUSIN USED TO RUN ONE WITH JEFFREY EPSTEIN. AS THE 12th MOST POPULUS COUNTY in the STATE THEY PLACE the GREATEST NUMBER of INNOCENT CHILDREN by FAR in the SEXUALLY ABUSIVE HELLHOLES KNOWN as FOSTER CARE THAN ANY OTHER COUNTY in the STATE. THE 10TH JUDICIAL CIRCUIT COURT IS WHERE THEY GET THEIR CHILD VICTIMS FROM AS THE OFFICERS CONSPIRE WITH UNETHICAL MALPRACTING ATTORNEYS TO PERJURIOUSLY and FELONIOUSLY FILE JUVENILE PETITIONS WHICH LED TO THEM KIDNAPPING, CONCEALING, DETAINING, and CONTINUINING TO FORCIBLY DETAIN MY MINOR

B.　What date and approximate time did the events giving rise to your claim(s) occur?
9/21/20 TO PRESENT.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
MY MALPRACTING UNETHICAL ATTORNEY AT THE TIME PETER R DLUSKI CONSPIRED WITH PEORIA COUNTY STATE'S ATTORNEY VISHWANATH TO FELONIOSLY FILE A JUVENILE PETITION AGAINST ME ON 9/21/20 IN DIRECT AND WILLFUL CONTEMPT OF A COURT ORDER GRANTED ON 9/18/20 THAT STATED THAT MY MINOR CHILDREN WERE TO IMMEDIATELY BE PLACED BACK UNDER MY CARE FOR THEIR HIGH-RISK DEPENDENT MOTHER FAILING TO RETURN THEM TO THE COURT ORDERED EXCHANGE IN THE CURRENT CUSTODY PROCEEDING. THAT COURT ORDER HAS STILL NOT YET BEEN FULFILLED AND UNABLE TO GET ANY COURT ACTION BECAUSE ALL THE COURT OFFICERS CONSPIRE TO COVER UP THEIR FELONIES. THE CONSPIRING COURT OFFICER'S AND DCFS WORKERS DID THE MOST VILE AND DISGUSTING THING BY TAKING ADVANTAGE of THEIR HIGH RISK DEPENDANT MOTHER BY GETTING HER FRIENDS TO PROVIDE PURJURIOUS STATEMENTS TO THE PETITION

## IV.     Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
CRIME VICTIMS of a VIOLENT CONSPIRACY CRIME

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

IMMEDIATELY SEND US MARSHALLS TO GET MY MINOR CHILDREN OUT OF THE ILLICIT PEONAGE RING. IMMEDIATELY SEND US MARSHALLS TO ARREST AND DETAIN EACH PERPETRATOR. PLACE MY MINOR CHILDREN AND I INTO PROTECTIVE CUSTODY. GET OUR CRIME VICTIMS RIGHTS FOR BEING THE VICTIMS OF A VIOLENT CONSPIRACY CRIME AFFORDED TO MY MINOR CHILDREN AND I.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          11/06/2020

Signature of Plaintiff

Printed Name of Plaintiff        PRO SE CHARLIE C. MOLINE

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

The following Perpetrators Conspired to Perjuriously and Feloniously File 2 Juvenile Petitions 20-JA-464,465 in DIRECT and WILLFULL CONTEMPT of the Order in 20-OP-756 LEADS#c20d9808. The Perpetrator's Conspired to Feloniously File a Juvenile case which led the Perpetrators to Commit 2 Counts of Class X Felony Aggravated Kidnapping and Concealment victim U13, 2 Counts of Class X Felony Aggravated Placement of 2 U13 Minors into Peonage, 2 Counts Class 1 Felony Aggravated Luring of a U13 Minor, 2 Counts of Class 3 Felony Aggravated Child Abduction victim U13, 2 Counts Class 4 Felony Aiding and Abetting in the Aggravated Abduction of U13 Child, Abduction, Forcibly Detain Against their WILL and BEST INTEREST victim U13, 2 Counts of Class X Felony Predatory Child Sexual Assault victim U13, Multiple Violations of an Active Court Order of Protection (1 Count for every visit to each the DCFS worker and 1 Count for each visit to their High Risk Dependent Mother), 2 Counts Class 4 Felony Unlawful Interference of Parenting Time or Visitation and 2 Counts Class 4 Felony for Unlawfully Restraining the Minor's Against Their WILL and BEST INTEREST victims U13. By Taking Advantage of the Minor Children's High Risk, Dependent, Addicted, Severely Mentally Ill, Aggravated Child Abuser, Aggravated Domestic Violence Perpetrator by way of Parental Alienation Mother in a SINISTER CONSPIRACY TO TERMINATE THE PARENTAL RIGHTS of THE ONE PARENT THE MINORS HAVE SO THE U13 MINORS COULD BE FORCED INTO THE CHILD PEONAGE RING THAT JB PRITZKER OVERSEES JUST LIKE HIS PEDOPHILE COUSIN WHO RAN A CHILD SEX TRAFFICKING RING WITH JEFFREY EPSTEIN. MR PRITZKER KNEW VERY WELL WHAT HE WAS DOING REMOVING THE FORMER HAWKISH INSPECTOR GENERAL WHO ACTUALLY DID HER JOB AND PLACING HIS HAND PICKED SELECTION LESTER "THE MOLESTER" BOVIA IN THE SHADOWS OF THE COVID MANIA JUST WHERE MR. PRITZKER LOVES TO LURK PREYING ON INNOCENT CHILDREN AND FAMILIES. THE BIGGEST CHILD ADVOCATE IN THE STATE COOK COUNTY AD LITEM CHARLES GILBERT WAS SOUNDING THE ALARMS ABOUT HIS CONCERNS OF THE APPOINTMENT OF LESTER "THE MOLESTER" BOVIA BUT LIKE ALL TO OFTEN THE VOICES OF THE INNOCENT ARE NEVER HEARD BECAUSE ELITIST PEDOPHILES LIKE MR. PRITZKER HAS ALL HIS STATE WORKER PARTY COMRADES COVER UP HIS AND THEIR FELLOW COMRADES FELONIOUS ACTIVITY. MR. PRITZKER THINKS THAT HIS COIN AND PAPER ALLOW HIM TO SHRED AND DANCE ALL OVER THE GREAT DOCUMENT THAT GAVE BIRTH TO THE FREEST, MOST PROSPEROUS, AND GREATEST COUNTRY IN THE HISTORY OF MANKIND THE UNITED STATES OF AMERICA. BET THAT IS THE ENTIRE REASON HE THE MORBIDLY OBESE PEDOPHILE BOUGHT HIS GOVERNSHIP. MENTAL ILLNESS AND PEDOPHILA RUN RAMPANT IN THE PRITZKER FAMILY. EVERY SEEN HIS MENTALLY ILL TRANSVESTITE

IT/THING/HE/SHE WHATEVER YOU CALL IT. FOR THE REST OF THEIR ADOLECENSE DESTROYING THEIR WHOLE ADULTHOOD IN THE PROCESS. EVERY SINGLE PERPETRATOR IN THE CONSPIRACY NEEDS TO BE IMMEDIATLELY CHARGED WITH THE FELONIES THEY HAVE COMMITTED. THESE ARE THE VILEST, MOST DISGUSTING, HEINOUS, AND SICK INDIVIDUALS I HAVE EVER HEARD OF IN MY LIFE. THEY ALL NEED TO BE LOCKED UP FOR THE REST OF THEIR LIVES. THE RING LEADERS NEED TO BE PUT TO DEATH LIKE A RABID DOG. EVERY LAST ONE OF THESE PEOPLE SUPPORT PEDOPHILA AND CRIMES AGAINST THE GOOD LORDS MOST INNOCENT CREATION CHILDREN. NOT ONE PERSON WAS WILLING TO MAKE A STAND FOR WHAT IS RIGHT. NOT ONE. A WHOLE COUNTY THAT WILL STOP AT NOTHING AND COMMITT FELONY ON TOP OF FELONY TO TRY AND SAVE THEIR CHILD SEX TRAFFICKING RING. THEN THEIR FELLOW STATE WORKER PARTY COMRADES NOT EVEN THEY WERE WILLING TO GIVE A VOICE TO THE VOICELESS. FOR THAT I DO NOT CARE HOW SMALL OF A ROLE THEY PLAYED I WANT TO TAKE EACH AND EVERY PERSON AWAY FROM EVERYONE THEY HAVE EVER KNOWN. THEN TO HAVE THE NERVE TO QUESTION MY SANITY BECAUSE THE DITCH DIGGER TURNED PRO SE ATTORNEY SNUFFED OUT THEIR COLD, CALCULATED, CONTRIVED EFFORT TO DO THE MOST DISGUSTING THING IMAGINABLE. TAKE ADVANTAGE OF THEIR HIGH RISK DEPENDANT MOTHER AND USE HER AS THE VEHICLE FOR THEIR SINISTER PLOT IS IRREHENSIBLE. THEN THE CONSPIRING STATE COMRADES HAVE THE ABSOLUTE NERVE TO THINK I OUGHT TO BE POLITE AND COURTEOUS TO THEM. THEY OUGHT TO BE LOCKED AWAY WITH THE REST OF THEIR COMRADES FOR BEING SO IGNORANT. HAVE YOU EVER HAD A WHOLE COUNTY CONSPIRING TO DEPRIVE YOU OF YOUR RIGHTS!?!?!? THEN WHEN YOUR LEFT WITH NOTHING BUT YOU DO NOT EVEN CARE BECAUSE MONEY IS NOT IMPORTANT TO ME MY CHILDREN ARE AND THEY WERE ABSOLUTELY THRIVING THAT THEIR HIGH-RISK DEPENDENT MOTHER WAS OUT OF THE HOUSE. THE WHOLE CHILD MOLESTING AND CHILD SEX TRAFFICKING CAPITAL OF USSILLINOIS THE MENTALLY CITIZENS OF PEORIA COUNTY. I CANNOT WAIT UNTIL UNCLE SAM GETS ME OUT OF THIS HELLHOLE. THEM FROM THEIR LOCK THEM UP AND THROW THE KEY AWAY AND SEIZE EVERY SINGLE ASSET AND PUT THE PROCEEDINGS INTO AN ESCROW FOR THE VICTIMS. THEY DO NOT NEED ANYTHING WHERE THEY ARE GOING. THESE CONSPIRING PERPETRATORS NEED TO PAY FOR THEIR CRIMES AGAINST VICTIMS UNDER 10. THESE PERPETRATORS NEED TO BE IMMEDIATELY BOOKED INTO THE PEORIA COUNTY JAIL UNLESS UNCLE SAM HAS ALREADY GOT TO THEM. FOR THEIR CONSPIRING ROLE IN CHILD SEX TRAFFICKING

# TOC OF CONSPIRING, PEJURIOUS, FELONIOUS PERPETRATORS

1.  CONSPIRING, PERJURIOUS, FELONIOUS PERPETRATING COURT OFFICERS FROM THE 10TH JUDICIAL CIRCUIT COURT of ILLINOIS

2.  CONSPIRING, PERJURIOUS, FELONIOUS PERPETRATOR'S FROM THE ILLINOIS DEPARTMENT of CHILDREN and FAMILY SERVICES

3. CONSPIRING, PERJURIOUS, FELONIOUS PERPETRATOR FRIENDS of the PERPETRATING HIGH-RISK DEPENDENT MOTHER KELLY MARIE WEBSTER WHO CONSPIRED to SUPPLY PERJURIOUS STATEMENTS to the FELONIOUSLY FILED PETITION

# TOC for CONSPIRING to PERJURIOUSLY and FELONIOUSLY FILE TWO JUVENILE PETITIONS ENTERED on 9/21/20 in 20-JA-464,465 in DIRECT and WILLFUL CONTEMPT of ORDER ENTERED on 9/18/20 in 20-OP-756

1A-1E.) CURRENT PENDING CUSTODY PROCEEDING ENTERED in 20-OP-678,679 FILED on 8/26/20.

2A-2K.) CURRENT COURT ORDER AFFECTING CUSTODY OR VISITATION ENTERED in 20-OP-756 FILED on 9/18/20.

3A-3D.) CONSPIRING, PERJURIOUS, and FELONIOUS JUVENILE PETITION for MINOR K.M. 1690 2010 ENTERED in 20-JA-465 FILED on 9/21/20.

4A-4D.) CONSPIRING, PERJURIOUS, and FELONIOUS JUVENILE PETITION for MINOR N.M. 7319 2012 ENTERED IN 20-JA-464 FILED on 9/21/20.

5A-5D.) CONSPIRING, PERJURIOUS, and FELONIOUS ARRAIGNMENT ORDER ENTERED on 9/21/20 in 20-JA-464,465 FILED on 9/21/20.

1A

# IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS

## PEORIA COUNTY

KELLY WEBSTER,

Plaintiff,

v.

CHARLIE MOLINE

Defendant.

Filed
Robert M. Spears
August 26, 2020
Clerk of the Circuit Court
Peoria County, Illinois

Case No.: 20-OP-00679,

20OP678

## ORDER

Both parties present for OPs. Ms. Webster requests continuance to complete referral to Prairie State Legal Services. Court also appoints GAL Kathy Smith-Thornton so case is continued for both reasons. On a temporary basis the parenting time shall be as follows:

1. Both parents shall ensure the children attend school.

2. The children will stay overnight with father during the school week. Mother will pick them up from school on Tuesdays and Thursdays and keep them until 7pm.

3. On the weekend the mother will have overnight parenting time from Saturday 10am to Sunday 10am.

4. All exchanges will occur at Huck's on Alta/Knoxville.

5. Children may have unlimited ability to contact parents on their devices when not in their care. During reasonable waking hours the parent not exercising parenting time may have electronic communication with the children.

6. The parties shall coordinate a plenary hearing date with the GAL.

7. Parents will communicate through AppClose regarding children's issues only.

8. Right of First Refusal applies, so that if the parent exercising parenting time cannot watch the children for 4 or more hours, they shall first offer that time to the other parent before finding a babysitter.

Review date is set for 9-22-20 at 11:30 via Zoom.

ENTERED:   8/26/2020

1B

_____

**JUDGE OF THE TENTH JUDICIAL CIRCUIT**

IC

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
### PEORIA COUNTY, ILLINOIS

|                        |            |   |
|------------------------|------------|---|
| KELLY WEBSTER,         |            | ) |
|                        | Plaintiff, | ) |
| vs                     |            | ) Case No.20-OP-00679 |
|                        |            | ) |
| CHARLIE MOLINE         |            | ) |
|                        | Defendant. | ) |

Filed
Robert M. Spears
August 26, 2020
Clerk of the Circuit Court
Peoria County, Illinois

20op678

## ORDER APPOINTING GUARDIAN AD LITEM

The Court, having jurisdiction over the parties and the subject matter of the case, and being fully advised in the premises, find and orders as follows:

A.  The parties information is as follows:

| PLAINTIFF/WIFE/MOTHER | DEFENDANT/HUSBAND/FATHER |
|---|---|
| KELLY WEBSTER | CHARLIE MOLINE |
| No Known Address Center for Prevention of Abuse | 2122 WEST MINERS DRIVE DUNLAP IL 61525 |

IT IS HEREBY ORDERED:

1.      Katherine Thornton-Smith 309-353-5053      is appointed as Guardian ad Litem (GAL) for the child[ren].
The GAL shall have all the duties, powers, and authority defined for a GAL by 750 ILSC 5/506 of the Illinois Marriage & Dissolution of Marriage Act.

2.  Within 3 days, both parties are ordered to contact the GAL to set up appointments. The. GAL shall receive copies of all future documents filed with this court or served on opposing counsel in the same manner as documents are served on counsel for a party

3.  The GAL shall serve:
☐ Pro Bono; or

☒ The retainer and future fees shall be    ☐ divided equally ☒ husband
with final assignment of cost reserved if either party wishes to seek redistribution.

ID

2-2

9-2-20 at 11:30am via Zoom for the status of the GAL investigation.

Case set  for .     Mr. Dluski will schedule a plenary hearing date between the parties and the GAL.

Entered:     8/26/2020

Judge:     _Suzanne L. Patton_

ATTORNEY FOR PLAINTIFF          ATTORNEY FOR THE DEFENDANT
Name        KELLY WEBSTER          Name        _____
Address     No Known Address       Address     _____

Telephone     _____     Telephone     _____



# Law Office of Katherine A. Thornton



## Submitted

An email will be sent to you shortly.

**Authorization code: 013314**
This is your payment reference.

> Print

This will be reflected in your bank
account within 1-2 business days.



## 🔒 Payment information

| | |
|---|---|
| Amount | $500.00 |
| Description | Payment made by Charlie Moline GAL fee |
| Date | Monday, September 14, 2020 1:33 PM CDT |
| Name on card | Charlie Moline |
| Email | moline1987@gmail.com |
| Credit card | card ending in 9222 |
| Expires | 2/2025 |
| Billing address | P.O. Box 3795 |
| | Peoria, IL 61612, |
| | United States |

**Law Office of Katherine A. Thornton**

15 S. Capitol Street - Suite 205
Pekin, Illinois 61554

📞 309-353-5053

✉ attorneykat@gmail.com



2A

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | EMERGENCY ORDER OF PROTECTION | 20-OP-00756 |
|---|---|---|
| Peoria _____ COUNTY | | Case Number |

Civil Proceeding    ☑ Emergency
Criminal Proceeding    ☐ Ex parte

| Instructions ▾ | | For Court Use Only |
|---|---|---|
| Directly above, enter the county where you filed this case. | **Petitioner:** Charlie C. Moline <br> *(First, middle, last name)* | ☐ Independent <br> ☐ Juvenile |
| Enter your name as Petitioner. | People to be Protected by this *Order* (check all that apply): <br> ☐ Petitioner <br> ☑ Petitioner's minor children with Respondent: | ☐ Other Civil Proceeding <br> ☐ Criminal <br> ☐ This *Order* has been granted |
| Check the boxes for ALL people you want to include in the *Order*. | K▮▮ M▮ 1690 2010 <br> N▮▮ M▮ 7319 2012 <br> ☐ Petitioner's minor children not related to Respondent: | Pursuant to the Code of Criminal Procedure 725 ILCS 5/112A |
| On the lines provided, enter the name for each person you are trying to protect. "Other household members" includes people living with you or working where you are staying. | ☐ Dependent adult: _____ <br> ☐ High risk adult: _____ <br> ☐ Other household members: _____ | Filed <br> Robert M. Spears <br> September 18, 2020 <br> Clerk of the Circuit Court Peoria County, Illinois |
| Enter name of the person you are seeking protection from as Respondent. | v. | Entered LEADS <br> Sent to PCSO |
| Enter the Case Number given by the Circuit Clerk. | **Respondent:** Kelly Marie Webster <br> *(First, middle, last name)* | September 18, 2020 <br> LEADS#c20d9808 |

| NOTE: | If you are completing this form for a minor child, a dependent adult, or a high risk adult, insert information needed below as if you were that person. In other words, do not use your information. |
|---|---|

1. **Petitioner's**  ☑ **address OR**  ☐ **alternative address for notice**
   2122 W. Miners Drive, Dunlap, IL 61525

   | Street Address, Apt # | City | State | Zip |
   |---|---|---|---|

   moline1987@gmail.com
   Email

2. **Respondent's date of birth** *(if known)*: 12/12/1979    Sex: F    Race White

3. **Respondent's address** *(if known)*:
   720 W. Joan Court, Peoria, IL 61614

   | Street Address, Apt # | City | State | Zip |
   |---|---|---|---|

   Respondent's Employer          Respondent's work hours

   | Respondent's Employer-Street Address | City | State | Zip |
   |---|---|---|---|

**THE COURT ORDERS THAT:**

☑ Respondent shall not abuse or threaten to abuse Petitioner *(see R01, page 2)*
☑ Respondent shall stay away from Petitioner *(see R03, page 2)*

**FOR ADDITIONAL ORDERS, READ THIS ENTIRE FORM**
OP-E 404.2                          Page 1 of 11                          (10/19)

2B

Enter the Case Number given by the Circuit Clerk: _____

☒  This *Order* was issued ___9/18/2020___ at ___3:07 pm___
                              Date                    Time
☒  This *Order* will end on: ___9/22/2020___ at ___12:00 pm___
                              Date                   Time

**NEXT HEARING:** There will be a hearing on: ___9/22/2020___ at ___11:30 am___     Zoom Videoconference
                                              Date              Time               Meeting ID: 957-531-0756
at  Peoria County Courthouse, Peoria, IL _____             Password: Courthouse
    *Address of Courthouse*                                                 *Courtroom*

| **Respondent:** | A plenary *(final)* order of protection may be entered if Respondent does not come to this hearing. |
|---|---|

**After reviewing the *Petition* and hearing the evidence and testimony of Petitioner, the Court makes findings**
☒  Are stated on page 8 and 9 of this *Order*; OR
☐  Were made orally and videotaped or recorded by a court reporter and are incorporated into this *Order*.

## THE COURT ORDERS THAT ALL SECTIONS SELECTED BELOW BE OBEYED:

☑  **1.**    **No Abuse** *(see page 4 of Petition)*                                              (R01) (Police Enforced)
             Respondent shall not threaten or commit the following acts of abuse toward Petitioner *(check all that apply):*
             ☑  Harassment                              ☐  Exploitation of a High Risk Adult with Disabilities
             ☑  Interference with Personal Liberty      ☐  Intimidation of a Dependent
             ☑  Physical Abuse                          ☐  Willful Deprivation
             ☑  Stalking                                ☐  Neglect of a High Risk Adult with Disabilities

☑  **2.**    **Possession of Residence** *(see page 5 of Petition)*                               (R02) (Police Enforced)
             ☑  Exclusive possession of residence is granted to Petitioner.
                ☐  Respondent must stay at least _____ feet away from the residence located at:

             _____
             Street Address, Apt #                    City               State            Zip
             **OR**
             ☑  Respondent must stay away from the undisclosed residence of Petitioner BECAUSE *(check one):*
                ☑  Petitioner has a right to live there and Respondent has no right; OR
                ☐  Petitioner and Respondent both have the right to live there, but it would be harder on Petitioner

☑

2C

Enter the Case Number given by the Circuit Clerk: _____

☐ Places of employment of Petitioner, located at:

| Name | Street Address | City | State | Zip |
|------|---------------|------|-------|-----|
| | | | | - |
| | | | | - |
| | | | | - |

| Name | Street Address | City | State | Zip |
|------|---------------|------|-------|-----|

| Name | Street Address | City | State | Zip |
|------|---------------|------|-------|-----|

☐ Respondent shall have the right to enter the residence listed in Section 2 <u>once</u> to retrieve the property listed below *(see Section 8 of this Order)*, but only in the presence of:

    ☐ law enforcement OR   ☐ another person: _____

                                                *Name of Person*

☐ School Restrictions *(see page 6 of Petition)*

_____ is an elementary, middle, or high school
*Name of School*

attended by both Respondent and Petitioner, a person protected by this *Order*.

After considering the factors in <u>750 ILCS 60/214(b)(3)(B)</u>:

    ☐ Respondent shall not attend this school for as long as Petitioner is enrolled there;

    ☐ Respondent shall accept a change of placement or program at this school as determined by the public school district or by this private or non-public school; OR

    ☐ Respondent shall follow these restrictions on movement within the school: _____

☐ Requirements for Parents and Guardians

Respondent is a minor. To ensure that Respondent follows this *Order*, _____

                                                 *Name of Parent or Guardian*

shall do the following: _____

---

☑ **4.** **Care and Possession of Children** *(see page 8 of Petition)*        (R05) (Police Enforced)

| **Law Enforcement:** | The provisions of this section are Police Enforced <u>IF</u> Respondent is ordered *(see page 2, R03)* to stay away from the minor children listed as "protected" as checked below. |
|---|---|

☑ Respondent and Petitioner are the parents of the following minor children:

| Child's Name (first, middle, last) | Age | State of Residence | Included as Protected Party? | |
|---|---|---|---|---|
| K▓ M▓ 1690 2010 | 9 | Illinois | ☑ Yes | ☐ No |
| N▓ M▓ 7319 2012 | 7 | Illinois | ☑ Yes | ☐ No |
| | | | ☐ Yes | ☐ No |
| | | | ☐ Yes | ☐ No |

☐ The primary caretaker of the minor children is: ☑ Petitioner ☐ Respondent ☐ Other person:

| Name | Street Address | City | State | Zip |
|------|---------------|------|-------|-----|

OP-E 404.2                                    Page 3 of 11                                 (10/19)

20

Enter the Case Number given by the Circuit Clerk: _____

☑ Petitioner is granted the physical care and possession of the minor children that Petitioner and Respondent have together, AND:

   ☐ Respondent shall, personally or through a law enforcement agency as authorized by the court, return the minor children to the physical care of:    until further court order by Judge Patton

      ☐ Petitioner ☐ other person: _____ in the family case. _____
      Name of Other Person

   ☐ Respondent shall return the children to: _____
      Street Address, Apt #        City        State      Zip

      ☐ on ☐ by: _____    at _____ in the presence of: _____
                  Date              Time

      _____
      Name of Person or Name of Law Enforcement Agency

☑ Respondent shall not remove the minor children from the physical care of Petitioner or from a school, babysitter, daycare provider, or any person caring for the children.

☐ Within 24 hours of this *Order* being entered, the Circuit Clerk shall send written notice of the *Order* to the following school, daycare, or health care providers:

| Name | Street Address | City | State | Zip |
|------|---------------|------|-------|-----|
| | | | | |

| Name | Street Address | City | State | Zip |
|------|---------------|------|-------|-----|
| | | | | |

   ☐ For the safety of Petitioner, the name and location of the school or daycare is listed on the *Confidential Name & Location of the School or Daycare* form.

☑ **5.  Respondent's Parenting Time** *(formerly visitation)* **with the Minor Children**        (R07) (Court Enforced)
   *(see page 8 - 9 of Petition)*

   ☐ Paternity has not been established; OR

   ☑ Paternity has been established:

      ☐ The children of the parties were born before or during the marriage, or within 300 days of termination of the marriage.

      ☑ The parties are NOT married but there HAS been a legal determination of parentage through one or more of the following:

         1.  Both parties are listed as parents on an Illinois birth certificate.
         2.  Both parties have signed a Voluntary Acknowledgment of Parentage.
         3.  A judicial or administrative decision.
         4.  Other: An Order Establishing Paternity entered on January 22, 2020, under case number 20-F-50

   AND

☑ Parenting time is RESERVED until a later hearing *(The Court will not make ANY decision on parenting time at this time).*

☐ Parenting time is   ☐ DENIED until further order, OR   ☐ RESTRICTED because Respondent is likely to
      ☐ Abuse or endanger the children during parenting time.
      ☐ Use parenting time to abuse or harass Petitioner, Petitioner's family, or household members.
      ☐ Improperly hide or detain the children.
      ☐ Act in a way that is not in the best interest of the children.

☐ Parenting time is GRANTED as follows *(include a.m. or p.m.)*:

   ☐ Every _____ from _____ to _____
            Days                    Time         Time

   ☐ Each weekend ☐ Alternating weekends as follows:
      ☐ from Friday at _____ to Saturday at _____
      ☐ from Friday at _____ to Sunday at _____

2E

Enter the Case Number given by the Circuit Clerk: _____

☐ from Saturday at _____ to Sunday at _____
☐ from Saturday at _____ to Saturday at _____
☐ from Sunday at _____ to Sunday at _____

☐ Other: _____
_____

☐ In order to protect Petitioner from further abuse, Respondent shall not go to Petitioner's residence to the minor children for parenting time.

☐ Date of first parenting time shall be on: _____ at _____
　　　　　　　　　　　　　　　　　　　　　　　*Date*　　　　　　　*Time*

Pickup and return for parenting time shall take place at *(list name and address)*:

☐ Police department: _____
　　　　　　　　　　　*Name*　　　*Street Address*　*City*　*State*　*Zip*

☐ Sheriff's department: _____
　　　　　　　　　　　　*Name*　　*Street Address*　*City*　*State*　*Zip*

☐ Safe exchange center: _____
　　　　　　　　　　　　*Name*　　*Street Address*　*City*　*State*　*Zip*

☐ Other location: _____
　　　　　　　　　*Name*　　　*Street Address*　*City*　*State*　*Zip*

☐ Responsibility for transportation of the children for parenting time shall be as follows:
_____

☐ Parenting time shall take place at: _____
　　　　　　　　　　　　　　　　　　*Street Address*　　　*City*　　*State*　*Zip*

☐ Parenting time shall be supervised by: _____
　　　　　　　　　　　　　　　　　　　*Name of Person or Agency*

who has filed an affidavit with the court accepting responsibility and acknowledging accountability.

☐ At the end of parenting time, Respondent shall immediately return the children to Petitioner or the following person designated by Petitioner: _____
　　　　　　　　　　　　　　　　　　　　*Name of Designated Person*

who has filed an *Affidavit of Parenting Time Supervisor* with the court accepting responsibility and acknowledging accountability.

| **Respondent:** | Petitioner may by law deny you access to the minor children if, when you arrive for parenting time, you are under the influence of drugs or alcohol and constitute a threat to the safety and well-being of Petitioner or the minor children of Petitioner or you are behaving in a violent or abusive manner (750 ILCS 60/214(b)(7)). |
|---|---|

☑ **6.** **No Concealment or Removal of Children** *(see page 9 of Petition)*　　　(R08) (Police Enforced)
Respondent shall not hide the minor children within the State or remove the children from Illinois.

☐ **7.** **Appear with Children** *(see page 10 of Petition)*　　　(R09) (Court Enforced)
Respondent shall appear ☐ alone ☐ with minor children at: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Address of Courthouse*

_____ in Courtroom _____ on _____ at _____
　　　　　　　　　　　　　　　　　　　　　　　*Date*　　　　　　　*Time*

to *(check all that apply)*:
☐ Prevent abuse, neglect, removal or concealment of the children.
☐ Return the children to the custody or care of Petitioner.
☐ Permit a court-ordered interview or examination of the children or Respondent.

2F

Enter the Case Number given by the Circuit Clerk: _____

☐ **8.   Possession of Personal Property** *(see page 5 of Petition)*          (R10) (Court Enforced)
*(does not affect ownership of property)*

   ☐   Petitioner is awarded possession of the following personal property: _____

   ☐   Respondent shall return  ☐ all of the property   ☐ the following property: _____
   _____ to _____
                                        *Name of Person*

   The Court finds as follows:
   ☐ Petitioner, but not Respondent, owns the property.
   ☐ Petitioner and Respondent both own the property. Sharing it would put Petitioner at risk for abuse, or
     is not practical. Not having the property would be harder on Petitioner.
   ☐ Petitioner claims the property as marital property, and a divorce case has been filed.

   ☐   Respondent is awarded possession of the following personal property: ☐ clothing ☐ medicine
   ☐ Other personal property as follows: _____

   ☐   Personal property shall be transferred at: _____
                                        *Street Address*         *City*      *State*   *Zip*
   on _____ at _____
      *Date*              *Time*

   ☐   Personal property shall be transferred only in the presence of:
   ☐ Law enforcement: _____ ; OR
                      *Name of Law Enforcement Agency*
       Date to be obtained from Law Enforcement by:  ☐ Petitioner  ☐ Respondent
   ☐ Another person: _____
                      *Name*

☐ **9.   Restrictions on Property** *(see page 6 of Petition)*          (R11) (Court Enforced)
   ☐ Respondent shall not take, transfer, encumber, conceal, damage, or otherwise dispose of any real or
     personal property, except as explicitly authorized by the Court, BECAUSE *(check all that apply)*:
     ☐ Petitioner, but not Respondent, owns the property.
     ☐ Petitioner and Respondent both own the property. Not having the property would be harder on Petitioner.
     ☐ Petitioner claims the property as marital property, and a divorce case has been filed.
   ☐ Restrictions on Resources; Aged Protected Person
     Respondent is prohibited from improperly using financial or other resources of an aged Petitioner
     for the advantage of Respondent or any other person.

☐ **10.   Possession of Animals** *(see page 6 of Petition)*          (R11.5) (Court Enforced)
   Petitioner shall  have the care, custody, and control over the following animals: _____

   Respondent shall stay away from the animals and Respondent is forbidden from taking, transferring, concealing,
   harming, or otherwise disposing of the animals.

☐ **11.   No Entry or Presence Under Influence** *(see page 5 of Petition)*          (R14) (Court Enforced)
   Even though Respondent is not required by this *Order* to stay away from the residence of Petitioner at all
   times, Respondent is not allowed to enter or remain in that residence while under the influence of drugs or
   alcohol and threatening the safety or well-being of Petitioner or Petitioner's children.

☐ **12.   Firearms** *(see page 6 of Petition)*          (R14.5) (Court Enforced)
   ☐ Respondent has received actual notice to appear in court and has had an opportunity to participate.
   ☐ This *Order* restrains Respondent from abusing, stalking, or threatening their intimate partner or children

2G

Enter the Case Number given by the Circuit Clerk: _____

of the intimate partner, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to themselves or their children; AND the Court finds that:

☐ Respondent represents a credible threat to the physical safety of Respondent's intimate partner or their children; OR

☐ This *Order* prohibits the use, attempted use, or threatened use of physical force against Respondent's intimate partner or their children that could reasonably be expected to cause bodily injury.

| Respondent: | Respondent is automatically prohibited from possessing a firearm while this *Order* is in effect, under Federal Law 18 USC 922(g)(8). |
|---|---|

Therefore:

☐ Respondent shall surrender all firearms in their possession to this law enforcement agency, which shall take possession of them: _____
*Name of Law Enforcement Agency*

☐ Respondent shall immediately turn over any FOID card in their possession to this law enforcement agency, which shall take possession of it: _____
*Name of Law Enforcement Agency*

☐ Respondent's conceal and carry license is suspended during the duration of this *Order*. Respondent must turn over the license to the court at the time this *Order* is entered or to this law enforcement agency, which shall take possession of it: _____
*Name of Law Enforcement Agency*

When this *Order* ends, Respondent's firearms and FOID card shall be returned to Respondent upon request if the FOID card is not expired and there is no other order restricting Respondent's possession of those firearms.

☐ 13. **Children's Records** *(see page 10 of Petition)*                    (R15) (Court Enforced)
Respondent is not allowed to access, inspect, or obtain school records or any other records of the minor children in the care of Petitioner because *(check all that apply)*:

☐ This *Order of Protection* prohibits Respondent from having contact with the minor children.
☐ The actual address of Petitioner is not included due to the risk of further abuse.
☐ It is necessary to prevent abuse or wrongful removal or concealment of the minor children.

☒ 14. **Miscellaneous Remedies** *(see page 10 of Petition)*                    (R17) (Court Enforced)
☒ Respondent is further ordered as follows: _____
Minor children are to be immediately returned to father and all other remedies reserved.
Judge Patton's order further requires both parties to ensure minor children are in school when in session.

☐ 15. **Telephone Services** *(see page 6 of Petition)*                    (R18) (Court Enforced)
☐ Petitioner uses the following telephone numbers for which a wireless telephone provider provides service Respondent and Petitioner:
Name of Provider: _____
Name of Account: _____
Respondent's Billing Phone #: _____
Petitioner Phone #: _____
Petitioner Phone #: _____

☐ After considering the evidence and pursuant to 725 ILCS 5/112A-14(b)(18), the wireless telephone service provider shall terminate Respondent's use of Petitioner's phone number, transfer to Petitioner the right to use these phone numbers, and transfer to Petitioner all financial responsibility associated with future use of these phone numbers.

2H

Enter the Case Number given by the Circuit Clerk: _____

| Petitioner: | STOP! Only the Judge or Circuit Clerk shall enter anything below this point. |

☐ **RULINGS PURSUANT TO** 750 ILCS 60/221(a)(2) and (b)(2)

    ☐ The relief requested in Paragraphs: ☐ 2 ☐ 3 ☐ 10 ☐ 11 ☐ 16 ☐ Other _____
    in the *Petition* is DENIED because the balance of hardships does not support the granting of the remedy; the granting of the remedy will result in hardship to Respondent that would substantially outweigh the hardship to Petitioner from the denial of the remedy; OR because: _____
    _____
    _____

    ☐ The relief requested in Paragraphs: _____
    in the *Petition* is RESERVED.

The findings indicated below are hereby incorporated into this *Order*.

**ENTERED:** _____  9/18/2020
            Judge                                  Date

I hereby certify that this is a true and correct copy of the original order on file with the Court.
Clerk of the Circuit Court of _____ PEORIA _____ County Illinois  9/18/2020
                                                  Date

//ROBERT SPEARS//
Seal (and signature, as locally required)

Copies given to: ☐ Petitioner ☐ Respondent via Sheriff ☒ LEADS ☐ Sheriff ☐ State's Attorney
To be completed by the judge:

    ☐ There is reason to believe Respondent is (check all that apply): ☐ armed ☐ dangerous ☐ suicidal

**FINDINGS:**

**After reviewing the *Petition* and hearing the evidence and testimony of Petitioner, the Court finds that:**

1. The people protected by this *Order* are:
    ☐ Petitioner
    ☒ Minor children listed in caption of this *Order*
    ☐ Other Protected Persons listed on page 1 of this *Order*

2. The Petitioner has the following relationship to Respondent:

| | | |
|---|---|---|
| ☒ Boyfriend / Girlfriend (including ex) (BG) | ☐ Spouse (SE) | ☐ Ex-Spouse (XS) |
| ☒ Has Children with Respondent (never married to Respondent) (CC) | ☐ Sharing or Shared Home (CS) | ☐ Child (CH) |
| ☐ Parent (PA) | ☐ Brother or Sister (SB) | ☐ Other Family Member (OF) |
| ☐ Other – Petitioner not Related to Respondent (OT) | ☐ In-law (IL) | ☐ Personal Caregiver to Disabled Petitioner (PC) |
| ☐ Petitioner with Disability (PD) | ☐ Personal Assistant of Petitioner (PR) | ☐ Grandchild (GC) |
| ☐ Grandparent (GP) | ☐ Step-Child (SC) | ☐ Step-Brother or Step-Sister |
| ☐ Prospective or Adoptive Child has Family or Household Relationship with Respondent | ☐ Foster Child has Family or Household Relationship with Respondent | ☐ Legally Appointed Guardian or Custodian of a Child who has a Family or Household Relationship with |
| ☐ Step-Parent (SP) | | |

3. ☒ Petitioner is present in person in court. through video     ☒ Represented by: Peter Dluski-present through video
                                                Name of Lawyer

4. ☒ Respondent is not present in court.
    ☐ Respondent is present in person in court.     ☐ Represented by: _____
                                                Name of Lawyer

5. ☐ Respondent has received actual notice of Petitioner's request for an *Order of Protection*.

OP-E 404.2                          Page 8 of 11                                 (10/19)

*2I*

Enter the Case Number given by the Circuit Clerk: _____

☒ Respondent has not received notice of Petitioner's request for an *Order of Protection*.

6. ☒ If Respondent has not received notice, then good cause exists to grant the remedies requested because:

   ☒ a. If Respondent were given prior or greater notice, it is likely that the harm that the remedies in this *Order* are intended to prevent would occur (R01, R03, R05, R08, R09, R11, R14, R15, and R17) .

   ☒ b. If Respondent were given prior or greater notice, the immediate danger of further abuse outweighs the hardships to Respondent of an *Order* granting exclusive possession of the residence (R02).

   ☐ c. If Respondent were given prior or greater notice, it is likely that personal property would be disposed of improperly, or Petitioner has an immediate and pressing need for possession of that property.

7. In granting the remedies in this *Order*, the Court has considered all relevant factors, including: the nature, frequency, severity, pattern, and consequences of Respondent's past abuse, neglect, or exploitation of Petitioner or any family/household member, including Respondent's concealment of their location in order to evade service of process notice, and the likelihood of danger of future abuse, neglect, or exploitation to Petitioner or any member of Petitioner's or Respondent's family or household; and the danger that any minor children will be abused, neglected, or improperly removed from the jurisdiction, improperly concealed within the State, or improperly separated from  the children's primary caretaker. The Court finds that:

   • The Court has jurisdiction over Petitioner, Respondent, minor children and other Protected Persons.
   • Venue is proper.
   • Respondent has abused Petitioner and/or the children identified as protected persons in Section 4 on page 3 the Protected Persons listed on Page 1 of this *Order*.
   • The actions of Respondent will likely cause irreparable harm or continued abuse unless they are prohibited.
   • It is necessary to grant the requested relief in this *Order* to protect Petitioner or other abused persons.

8. Other Relevant Factors and Findings (*check all that apply*):

   ☐ An *Order of Protection* has previously been entered in this case or in another case in which any party, or a child of any party has been named as either Respondent or Petitioner.

   ☐ An abused person is unable to bring this *Petition* on their own behalf due to age, health, disability, or inaccessibility.

   ☐ The *Petition* has been filed on behalf of a high-risk adult with disabilities who has been abused, neglected, or exploited by a family or household member.

9. ☐ The Court is entering this *Order* based on the following prima facie evidence:

   ☐ an information, complaint, indictment or delinquency petition, charging a crime of domestic violence or charging an attempt to commit a crime of domestic violence; OR

   ☐ an adjudication of delinquency, a finding of guilt based upon a plea, or a finding of guilt after a trial for a crime of domestic battery; OR

   ☐ any disposition order issued under Section 5-710 of the Juvenile Court Act of 1987, the imposition of supervision, conditional discharge, probation, periodic imprisonment, parole, aftercare release, or mandatory supervised release for a crime of domestic violence or an attempt to commit a crime of domestic violence, or imprisonment in conjunction with a bond forfeiture warrant; OR

   ☐ the entry of a protective order in a separate civil case brought by Petitioner against Respondent.

## IMPORTANT INFORMATION ABOUT THIS *ORDER OF PROTECTION*

**TO BOTH PARTIES:** This *Order* CANNOT BE CHANGED OR VACATED unless you have a hearing. To have a hearing, Petitioner or Respondent must do the following:

1. File a written motion with the Circuit Clerk that lists the reasons why you want to change or vacate this *Order*;

2. Get a time for the hearing from the Circuit Clerk; AND

3. Provide the other party with a copy of your motion and notify the other party in writing of the time and place of the hearing.

2J

Enter the Case Number given by the Circuit Clerk: _____

**TO RESPONDENT:** The Court has granted this *Order*. If you do not obey this *Order*, you could be arrested and charged with a crime.

- Petitioner cannot give you legal permission to change this *Order*. Only the Court can change this *Order*. If you have contact with Petitioner that is prohibited by this *Order*, you may be arrested.
- If you and Petitioner want to have contact with each other again, you must ask the Court to modify or dismiss this *Order of Protection*.
- Unless the Court changes or dismisses this *Order*, you can be arrested for violating this *Order of Protection*.

You have notice that Petitioner has asked for an *Emergency Order of Protection*. You a must appear in court on the date in this order if you want to try to prevent the entry of a *Plenary Order*. If you do not, a two-year *Order of Protection* may be issued against you. You may ask the Court to re-open an *Emergency Order*. To do this you must file a motion stating that (1) you did not receive prior notice, and (2) you have a valid defense to the *Order*, or that the *Order*, or any of its remedies, was not authorized under the law.

Any knowing violation of an *Order of Protection* forbidding physical abuse, neglect, exploitation, harassment, intimidation, interference with personal liberty, willful deprivation, or entering or remaining present at specified places when any Protected Persons are present, or granting exclusive possession of the residence or household or granting a stay away order is a Class A misdemeanor. Grants of exclusive possession of the residence or household shall constitute notice forbidding trespass to land. Any knowing violation of an order awarding parental responsibility (formerly custody) or care of a child or prohibiting removal or concealment of a child may be a Class 4 felony. Any willful violation of any order is contempt of court. Any violation may result in fine or imprisonment.

**TO PETITIONER:** You cannot change the terms of this *Order* by your words or actions.

- If the Court has ordered no contact or given you sole possession of the residence, only the Court can allow the Respondent to contact you or return to the residence.
- If you want to have contact with the Respondent again, you MUST ask the Court, in a written motion to change or vacate this *Order of Protection*.
- If you wish to ask the court for a *Plenary Order of Protection* which could be in force for up to two years, you MUST APPEAR in court on the date set for a hearing, which is listed on page 1 of this *Order*.

**TO PARENTS OR GUARDIANS OF MINOR RESPONDENTS:** The Court may hold you in contempt of court if a minor respondent in your care violates this *Order* and you have helped, encouraged, or directed the minor to do so.

<u>**NOTICE ABOUT ENFORCEMENT:**</u>

**This *Order of Protection* is enforceable, even without registration, in all 50 states, the District of Columbia, tribal lands, and the U.S. Territories pursuant to the Violence Against Women Act (18 U.S.C. § 2265), provided notice of this *Order of Protection* has been provided to the Respondent. Violating this *Order of Protection* may subject the Respondent to state and/or federal charges and punishment. 18 U.S.C. §§ 2261-2262. This *Order* is directed to the Respondent. Except under accountability circumstances, which should be assessed by the State's Attorney, Petitioner cannot be guilty of violation of an *Order of Protection*.**

**DEFINITION OF TERMS USED IN THIS *ORDER***

These definitions are incorporated in and made a part of the *Order* to which they are attached.

1. **Abuse:** "Abuse" means physical abuse, harassment, intimidation of a dependent, interference with personal liberty, or willful deprivation but does not reasonable direction of a minor child by a parent or person *in loco parentis*.
2. **Adult with Disabilities:** "Adult with Disabilities" means an elder adult with disabilities or a high-risk adult with disabilities. A person may be an adult with disabilities for purposes of this Act even though he or she has never been adjudicated an incompetent adult. However, no court proceeding may be initiated or continued on behalf of an adult with disabilities over that adult's objection, unless such proceeding is approved by his or her legal guardian, if any.
3. **Elder Adult with Disabilities:** "Elder adult with disabilities" means an adult prevented by advanced age from taking appropriate action to protect himself or herself from abuse by a family or household member.
4. **Exploitation:** "Exploitation" means the illegal, including tortious, use of a high-risk adult with disabilities or of the assets or resources of a high-risk adult with disabilities. Exploitation includes, but is not limited to, the misappropriation of assets or resources of a high-risk adult with disabilities by undue influence, by breach of a fiduciary relationship, by fraud, deception, or extortion, or the use of such assets or resources in a manner contrary to law.
5. **Family or Household Members:** include spouses, former spouses, parents, children, stepchildren and other persons related by blood or by present or marriage, persons who share or formerly shared a common dwelling, persons who have or allegedly have a child in common, persons who share or

OP-E 404.2                          Page 10 of 11

(10/19)



Enter the Case Number given by the Circuit Clerk: _____

share a blood relationship through a child, persons who have or have had a dating or engagement relationship, persons with disabilities and their personal assistants, and caregivers as defined in Section 12-4.4a of the Criminal Code of 2012. For purposes of this paragraph, neither a casual acquaintanceship nor ordinary fraternization between two individuals in business or social contexts shall be deemed to constitute a dating relationship. In the case of a high-risk adult with disabilities, "family or household members" includes any person who has the responsibility for a high-risk adult as a result of a family relationship or who has assumed responsibility for all or a portion of the care of a high-risk adult with disabilities voluntarily, or by express or implied contract, or by court order.

6. **Harassment:** "Harassment" means knowing conduct which is not necessary to accomplish a purpose that is reasonable under the circumstances, would cause a reasonable person emotional distress, and does cause emotional distress to Petitioner. Unless the presumption is rebutted by a preponderance of the evidence, the following types of conduct shall be presumed to cause emotional distress:
   a. creating a disturbance at Petitioner's place of employment or school; or
   b. repeatedly telephoning Petitioner's place of employment, home or residence; or
   c. repeatedly following Petitioner about in a public place or places; or
   d. repeatedly keeping Petitioner under surveillance by remaining present outside his or her home, school, place of employment, vehicle or other place occupied by Petitioner or by peering in Petitioner's windows; or
   e. improperly concealing a minor child from Petitioner, repeatedly threatening to improperly remove a minor child of Petitioner's from the jurisdiction or from the physical care of Petitioner, repeatedly threatening to conceal a minor child from Petitioner, or making a single such threat following an actual or attempted improper removal or concealment, unless Respondent was fleeing an incident or pattern of domestic violence; or
   f. threatening physical force, confinement or restraint on one or more occasions.

7. **High-risk Adult with Disabilities:** "High-risk adult with disabilities" means a person aged 18 or over whose physical or mental disability impairs his or her ability to seek or obtain protection from abuse, neglect, or exploitation.

8. **Interference with Personal Liberty:** "Interference with personal liberty" means committing or threatening physical abuse, harassment, intimidation or willful deprivation so as to compel another to engage in conduct from which she or he has a right to abstain or to refrain from conduct in which she or he has a right to engage.

9. **Intimidation of a Dependent:** "Intimidation of a dependent" means subjecting a person who is dependent because of age, health or disability to participation in or the witnessing of: physical force against another or physical confinement or restraint of another which constitutes physical abuse as defined in this Act, regardless of whether the abused person is a family or household member.

10. **Neglect:** "Neglect" means the failure to exercise that degree of care toward a high-risk adult with disabilities which a reasonable person would exercise under the circumstances and includes but is not limited to:
    a. the failure to take reasonable steps to protect a high-risk adult with disabilities from acts of abuse; or
    b. the repeated, careless imposition of unreasonable confinement; or
    c. the failure to provide food, shelter, clothing, and personal hygiene to a high-risk adult with disabilities who requires such assistance; or
    d. the failure to provide medical and rehabilitative care for the physical and mental health needs of a high-risk adult with disabilities; or
    e. the failure to protect a high-risk adult with disabilities from health and safety hazards.
    Nothing in this definition shall be construed to impose a requirement that assistance be provided to a high-risk adult with disabilities over his or her objection in the absence of a court order, nor to create any new affirmative duty to provide support to a high-risk adult with disabilities.

11. **Petitioner:** "Petitioner" may mean not only any named petitioner for the order of protection and any named victim of abuse on whose behalf the petition is brought, but also any other person protected by this Act.

12. **Physical Abuse:** "Physical abuse" includes sexual abuse and means any of the following:
    a. knowing or reckless use of physical force, confinement or restraint; or
    b. knowing, repeated and unnecessary sleep deprivation; or
    c. knowing or reckless conduct which creates an immediate risk of physical harm.

13. **Stalking:** "Stalking" means knowingly and without lawful justification, on at least two (2) separate occasions, following another person or placing the person under surveillance or any combination thereof and:
    a. at any time transmitting a threat of immediate or future bodily harm, sexual assault, confinement or restraint, and the threat is directed towards that person or a family member of that person; or
    b. placing that person in reasonable apprehension of immediate or future bodily harm, sexual assault, confinement or restraint; or
    c. placing that person in reasonable apprehension that a family member will receive immediate or future bodily harm, sexual assault, confinement, or restraint.

14. **Willful Deprivation:** "Willful deprivation" means willfully denying a person who because of age, health or disability requires medication, medical care, shelter, food, therapeutic device, or other physical assistance, and thereby exposing that person to the risk of physical, mental or emotional harm, except with regard to medical care or treatment when the dependent person has expressed an intent to forego such medical care or treatment. This paragraph does not create any new affirmative duty to provide support to dependent persons.

3A    FILED
ROBERT M. SPEARS
11/5/2020 9:39 AM
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

STATE OF ILLINOIS, COUNTY OF PEORIA
IN THE CIRCUIT COURT OF THE TENTH JUDICIAL DISTRICT

FILED
ROBERT M. SPEARS
SEP 21 2020
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

IN THE INTEREST OF

M____, K____

K.M. 1690 2010    A Minor

Case No.    20-JA-4⊖5

20-OP-00756

## PETITION

I, Shashi Vishwanath, Assistant State's Attorney, under oath, state that it is my belief that said minor is neglected, pursuant to Chapter 705, Section 405/2-3 based on the following information:

K.M. 1690 2010

COUNT 1) Said minor, K____ M____, is under 18 years of age and is a neglected minor in that her environment is injurious to her welfare in that:

A. The father suffers from mental health issues as demonstrated by the following:

1. On 12/22/2019, after the mother's attempt to end their relationship, the father expressed an intention to surrender his parental rights to the children and then made a suicidal threat.

2. On or about 12/24/2019, the father stated that he would like to "go[...] in a blaze of glory," and at the time that he said this he was in possession of a substantial number of firearms and a substantial amount of ammunition.

3. On 12/25/2019, the father stated that he wanted to "die by suicide by cop."

B. The father suffers from substance abuse issues as demonstrated by the following

1. On 8/26/20 the father failed to appear for a drug drop ordered by DCFS

2. On 9/4/20, at a urinalysis test scheduled for the father, he attempted to use a device known as a Whizzinator, which if used at a urinalysis test provides a false negative result for illicit substances. When this was discovered by worker at the facility at which the test was being administered, the father was given the opportunity to perform the test correctly, and he refused.

## JUVENILE PETITION

STATE OF ILLINOIS, COUNTY OF PEORIA
IN THE CIRCUIT COURT OF THE TENTH JUDICIAL DISTRICT

3. On 9/17/20, a friend of the mother's reported to DCFS that the father interferes with the mother's ability to get disability benefits from the state.

4. The mother and father are either respondent or petitioner, and the other parent is the respondent or petitioner, in the following cases involving orders of protection: 20 OP 756, 20 OP 679, 20 OP 678, 20OP299, and 20 OP19.

5. In her petition in 20 OP 679, the mother stated that she on 8/20/20 was sexually assaulted by the father.

F. The parents have not adequately addressed their children's education as demonstrated by the following:

1. On 9/14/20, the principal of the children's school reported that when both parents reside together, the children would be late or absent.

Based upon reasonable information and belief and reasonable efforts having been made to obtain such information, this minor IS NOT the subject of a child custody proceeding pending before another Court, Indian tribe or foreign country and there IS NOT a Court Order affecting custody or visitation.

The other forum is:

The Parties are:

K.M. 1690 2010

K____ M____
(Minor)        DOB:  10/26/2010

DCFS Foster Care
2001 NE Jefferson
Peoria Il  61603

Charlie Moline
(Father)

2122 West Miners Drive
Dunlap Il  61525

Kelly Webster
(Mother)

720 W Joan Ct
Peoria Il  61614

Shelter Care Hearing   Set for September 21, 2020,   At 1:00 p.m.   in room 423

JUVENILE PETITION

3C

STATE OF ILLINOIS, COUNTY OF PEORIA
IN THE CIRCUIT COURT OF THE TENTH JUDICIAL DISTRICT

3. On 9/14/20, DCFS spoke with the minor Kaylynn who advised that the father takes pills not prescribed to him, and that at one time, the father took the minor ███ to his purchase of orange and white pills.

K.M. 1690 2010

4. On 9/16/20, the father failed to appear for a urinalysis test.

C. The father has not cooperated with DCFS in that on 9/16/20, he refused DCFS's offer to provide him intact services, advised that he would communicate with DCFS only by email, and stated that any conversation between DCFS and the father would be recorded. When DCFS advised the father that that recording a conversation would be against DCFS policy, the father refused to speak with DCFS.

D. The father has committed acts of domestic violence, verbal or physical, upon the mother in the presence of at least one of their children as demonstrated by the following:

1. On 8/21/20 the father pushed the mother against the washer and spit in her face. The father also pointed a knife at the mother and told her to leave the home. Some portion of this incident was observed by each minor.

2. On 8/28/20, an acquaintance of the mother reported that videos exist demonstrating that the father is verbally abusive to the mother, and on 9/17/20, the minor Nolan reported to DCFS that the father is verbally abusive to the mother.

E. The parents have an unsafe and unstable relationship as demonstrated by the following:

1. On 8/24/20, the mother reported to DCFS that without the mother's permission, the father has sent sexually explicit or nude pictures of her to other individuals.

2. On 8/24/20, the mother reported to DCFS that the father has interfered with the mother's ability to leave the home. On 9/17/20, a friend of the mother's reported to DCFS that the father has interfered with the mother's ability to leave the home.

JUVENILE PETITION

3D

STATE OF ILLINOIS, COUNTY OF PEORIA
IN THE CIRCUIT COURT OF THE TENTH JUDICIAL DISTRICT

Guardianship Administrator of DCFS (proposed guardian) has consented to serve as guardian of the person of said minor; and I request that said person be granted this authority.

I pray that said minor be adjudged a ward of the court and the relief available under the Juvenile Court Act be administered, as I believe it is in the best interests of the minor and the public

Dated ___9/21/20___

_____
(Petitioner)

Signed and Sworn to before me

_____ 9-21-2020
(Notary)

OFFICIAL SEAL
TAMMY L METCALF
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/20/22

JUVENILE PETITION

4A

STATE OF ILLINOIS, COUNTY OF PEORIA
IN THE CIRCUIT COURT OF THE TENTH JUDICIAL DISTRICT    FILED
ROBERT M. SPEARS

IN THE INTEREST OF

M_____, N_____

N.M. 7319 2012        A Minor

Case No.    20-JA-4__

SEP 21 2020

CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

PETITION

I, Shashi Vishwanath, Assistant State's Attorney, under oath, state that it is my belief that said minor is neglected, pursuant to Chapter 705, Section 405/2-3 based on the following information:

N.M. 7319 2012

COUNT 1) Said minor, N_____ M_____, is under 18 years of age and is a neglected minor in that his environment is injurious to his welfare in that:

A. The father suffers from mental health issues as demonstrated by the following:

1. On 12/22/2019, after the mother's attempt to end their relationship, the father expressed an intention to surrender his parental rights to the children and then made a suicidal threat.

2. On or about 12/24/2019, the father stated that he would like to "go[...] in a blaze of glory," and at the time that he said this he was in possession of a substantial number of firearms and a substantial amount of ammunition.

3. On 12/25/2019, the father stated that he wanted to "die by suicide by cop."

B. The father suffers from substance abuse issues as demonstrated by the following

1. On 8/26/20 the father failed to appear for a drug drop ordered by DCFS

2. On 9/4/20, at a urinalysis test scheduled for the father, he attempted to use a device known as a Whizzinator, which if used at a urinalysis test provides a false negative result for illicit substances. When this was discovered by worker at the facility at which the test was being administered, the father was given the opportunity to perform the test correctly, and he refused.

JUVENILE PETITION

4B

STATE OF ILLINOIS, COUNTY OF PEORIA
IN THE CIRCUIT COURT OF THE TENTH JUDICIAL DISTRICT

3. On 9/14/20, DCFS spoke with the minor Kaylynn who advised that the father takes pills not prescribed to him, and that at one time, the father took the minor K▮▮▮▮ to his purchase of orange and white pills. K.M.1640 2010

4. On 9/16/20, the father failed to appear for a urinalysis test.

C. The father has not cooperated with DCFS in that on 9/16/20, he refused DCFS's offer to provide him intact services, advised that he would communicate with DCFS only by email, and stated that any conversation between DCFS and the father would be recorded. When DCFS advised the father that that recording a conversation would be against DCFS policy, the father refused to speak with DCFS.

D. The father has committed acts of domestic violence, verbal or physical, upon the mother in the presence of at least one of their children as demonstrated by the following:

1. On 8/21/20 the father pushed the mother against the washer and spit in her face. The father also pointed a knife at the mother and told her to leave the home. Some portion of this incident was observed by each minor.

2. On 8/28/20, an acquaintance of the mother reported that videos exist demonstrating that the father is verbally abusive to the mother, and on 9/17/20, the minor Nolan reported to DCFS that the father is verbally abusive to the mother.

E. The parents have an unsafe and unstable relationship as demonstrated by the following:

1. On 8/24/20, the mother reported to DCFS that without the mother's permission, the father has sent sexually explicit or nude pictures of her to other individuals.

2. On 8/24/20, the mother reported to DCFS that the father has interfered with the mother's ability to leave the home. On 9/17/20, a friend of the mother's reported to DCFS that the father has interfered with the mother's ability to leave the home.

JUVENILE PETITION

4C

STATE OF ILLINOIS, COUNTY OF PEORIA
IN THE CIRCUIT COURT OF THE TENTH JUDICIAL DISTRICT

3. On 9/17/20, a friend of the mother's reported to DCFS
that the father interferes with the mother's ability to
get disability benefits from the state.

4. The mother and father are either respondent or
petitioner, and the other parent is the respondent or
petitioner, in the following cases involving orders of
protection: 20 OP 756, 20 OP 679, 20 OP 678, 20OP299,
and 20 OP19.

5. In her petition in 20 OP 679, the mother stated that
she on 8/20/20 was sexually assaulted by the father.

F. The parents have not adequately addressed their children's
education as demonstrated by the following:

1. On 9/14/20, the principal of the children's school
reported that when both parents reside together, the
children would be late or absent.

Based upon reasonable information and belief and reasonable efforts having
been made to obtain such information, this minor **IS NOT** the subject of a
child custody proceeding pending before another Court, Indian tribe or
foreign country and there **IS NOT** a Court Order affecting custody or
visitation.

The other forum is:

The Parties are:

N.M. 7319 2012

| | | |
|---|---|---|
| N___ M___ | | DCFS Foster Care |
| (Minor) | DOB: 08/25/2012 | 2001 NE Jefferson |
| | | Peoria Il 61603 |
| Charlie C Moline | | 2122 W Miners Dr |
| (Father) | | Dunlap Il 61525 |
| Kelly Webster | | 720 W Joan Ct |
| (Mother) | | Peoria Il 61614 |

Shelter Care Hearing   Set for September 21, 2020,   At 1:00 p.m.   in room 423

JUVENILE PETITION

4D

STATE OF ILLINOIS, COUNTY OF PEORIA
IN THE CIRCUIT COURT OF THE TENTH JUDICIAL DISTRICT

Guardianship Administrator of DCFS (proposed guardian) has consented to serve as guardian of the person of said minor; and I request that said person be granted this authority.

I pray that said minor be adjudged a ward of the court and the relief available under the Juvenile Court Act be administered, as I believe it is in the best interests of the minor and the public

Dated _____9/21/20_____

_____
(Petitioner)

Signed and Sworn to before me

_____, 9-21-2020
(Notary)

JUVENILE PETITION

OFFICIAL SEAL
TAMMY L METCALF
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 02/20/22

5A

FILED
ROBERT M. SPEARS

SEP 24 2020

CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
PEORIA COUNTY

IN THE INTEREST OF

N—— H——

K—— V——

A Minor

CASE NO. 20SA 464, 465

ORDER FOR TEMPORARY SHELTER CARE
(Abuse/ Neglect)

Present:
State: VISHWAJETTI
Minor(s):
Guardian ad Litem: JUSTICE VIA ZOOM
Mother: MS. WEBER, PRESENT VIA ZOOM
Mother's Attorney: BY @ JDC

Father: HOLIAL
Father's Attorney: DRUSKI
DCFS: GARTS TROPP VIA ZOOM
Agency:
Court Reporter:

The persons specified above present in court this date, on the petition of _____ 9/21/20 _____, and the Court
having ☐ considered the testimony of witnesses and arguments of counsel OR ☐ received the joint recommendation of all parties OR
☐ received proffers of attorney's and arguments of counsel

FINDS:

1. ☑ That it has jurisdiction of the subject matter and of the ☑ minor  BY EMAIL THROUGH GAL
   ☐ mother BY PERSONAL SERVICE @ JDC _____ ☐ father BY PERSONAL SERVICE IN COURT
2. ☑ There is probable cause to believe the allegations of the petition are true.
   Basis: _____ PROFFER & ARGUMENTS _____
3. ☑ It is a matter of immediate and urgent necessity that the minor be placed in shelter care ☑ for the protection of the minor ☐
   for the protection of the person or property of another or ☐ because the minor is likely to flee the jurisdiction of the court.
4. ☑ Reasonable efforts have been made OR ☑ good cause shown why reasonable efforts cannot prevent or eliminate the
   necessity or the removal of the minor from his/her home.
   Basis: _____ PROFFER & ARGUMENTS _____

IT IS HEREBY ORDERED THAT:

1. The minor is ☑ placed in the temporary custody of ☑ the Illinois Department of Children and Family Services with the
   right to place the minor, OR ☐ other _____. The custodian is authorized to consent
   to any required medical or dental treatment by a licensed physician or dentist.
2. ☑ The parties before the court are admonished that they must cooperate with the Department of Children and Family
   Services, comply with the terms of the service plans, and correct the conditions which require the child to be in care, or risk
   termination of parental rights.
3. ☑ This cause is continued to _____ 11/17/20 _____ at 9:45 in Courtroom 434
   for _____ ADJ/DISP _____
   ☐ ARRAIGN REVIEW  10/19/20 @ 9:15 —
   PARENTS MUST FILE ACQUSAL ON @'D DEMAND

Entered: 9/21/20 _____

_____
JUDGE OF THE TENTH JUDICIAL CIRCUIT

SHELTER CARE ORDER (abuse/neglect)

Form 179

5 part

5B

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
PEORIA COUNTY**

IN THE INTEREST OF

7319    ____ N____ H____

A MINOR.

1690  2010  K____ H____

CASE NO: 20 SA 464, 465    FILED
ROBERT M. SPEA

**ARRAIGNMENT ORDER**
(abuse/neglect)

Present:
State: VISHWANATH
Minor(s):
Guardian ad Litem: JUSTIN VIA ZOOM
Mother: MS ____ PRESENT VIA ____
Mother's Attorney:

Father: ____ CILA
Father's Attorney: DESKI
DCFS: GAURI SNIDER VIA ZOOM
Agency:
Court Reporter:

CHARLIE

SEP 21 2020

CLERK OF THE CIRCUIT CO
PEORIA COUNTY, ILLINO

The persons specified above present in court this date, on the petition of ____9/21/20____, and the Court having advised then of the nature of the allegations, their rights in the proceedings and the possible dispositions FINDS:

1. ☒ The family is indigent for purposes of appointment of counsel.

2. ☒ The Court has personal jurisdiction over the minor by personal service. ____

3. ☒ The Court has jurisdiction over the mother by ☒ personal service ☐ service by certified mail or ☐ service by publication and the mother has failed to appear and is in default. ____

4. ☐ The Court has jurisdiction over the father by ☒ personal service ☐ service by certified mail or ☐ service by publication and the father has failed to appear and is in default. ____

5. The Court has jurisdiction over the guardian _____ by ☐ personal service or ☐ entry of appearance.

6. The father ____H____ is found at this time to be ____, based on ____.

7. The mother makes: ☐ an admission ☐ a denial ☐ mixed answer ☐ no answer yet
The father makes: ☐ an admission ☐ a denial ☐ mixed answer ☐ no answer yet
The guardian makes: ☐ an admission ☐ a denial ☐ mixed answer ☐ no answer yet

**IT IS HEREBY ORDERED THAT**

1. Counsel are appointed as follows: ____ BARTOLO ____ for the minor
father _____ for the mother ____ for the guardian. ____ for the

2. ☐ The mother _____ is defaulted
☐ The father _____ is defaulted

3. The minor is ☐ remanded ☒ continued: in the temporary custody of ☒ the Illinois Department of Children and Family Services ☐ other ____

4. ☐ The parties before the court are admonished that they must cooperate with the Department of Children and Family Services, comply with the terms of the service plans, and correct the conditions which require the child to be in care, or risk termination of parental rights.

5. ☒ This cause is continued to ____ (SEE SIDE ON ____) at ____ in Courtroom 4X4 for ____

6. ☐ The adjudication setting is ☐ within the statutory time limits or ☐ outside the time limits, all parties have waived the time limits, and the court finds it is in the minor's best interest.

Entered: 9/21/20

JUDGE OF THE TENTH JUDICIAL CIRCUIT

ARRAIGNMENT ORDER (abuse/neglect)

5C

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
PEORIA COUNTY

IN THE INTEREST OF

N.M. 7319 2019 ~~NAME~~

A MINOR

K.M. 1590 2016 ~~NAME~~

CASE NO: 20SA464,465    FILED

ROBERT M. SPEARS

SEP 21 2020

CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

ARRAIGNMENT ORDER
(abuse/neglect)

Present:
State: VISHWANATH
Minor(s):
Guardian ad Litem: JUSTICE VIA ZOOM
Mother: MS. ~~...~~ PRESENT VIA ZOOM
Mother's Attorney:

Father: MCGILL    CHARLES
Father's Attorney: PSELSKI
DCFS: GASSEL SNIDER    VIA ZOOM
Agency:
Court Reporter:

The persons specified above present in court this date, on the petition of ___9/21/20___, and the Court having advised them of the nature of the allegations, their rights in the proceedings and the possible dispositions FINDS:

1. ☑ The family is indigent for purposes of appointment of counsel.

2. ☑ The Court has personal jurisdiction over the minor by personal service. PER EMAIL THROUGH CAL, WHO IS PERMITTED TO ACCEPT SERVICE W/O PER

3. ☐ The Court has jurisdiction over the mother by ☑ personal service ☐ service by certified mail or ☐ service by publication and the mother has failed to appear and is in default. @ SDC DUE ~~...~~ in PERMS NOT

4. ☐ The Court has jurisdiction over the father by ☑ personal service ☐ service by certified mail or ☐ service by publication and the father has failed to appear and is in default. THE OTHER COURT

5. The Court has jurisdiction over the guardian _____ by ☐ personal service or ☐ entry of appearance.

6. The father ___MCGILL___ is found at this time to be ___COOK___, based on GUARDIAN CASE 20 A 50

7. The mother makes: ☐ an admission ☐ a denial ☐ mixed answer ☐ no answer yet
   The father makes: ☐ an admission ☐ a denial ☐ mixed answer ☐ no answer yet
   The guardian makes: ☐ an admission ☐ a denial ☐ mixed answer ☐ no answer yet

IT IS HEREBY ORDERED THAT:

1. Counsel are appointed as follows: ___BARTOLO___ for the minor ___CUSA___ for the mother _____ father _____ for the guardian.

2. ☐ The mother _____ is defaulted.
   ☐ The father _____ is defaulted.

3. The minor is ☐ remanded ☐ continued in the temporary custody of ☑ the Illinois Department of Children and Family Services ☐ other _____

4. ☑ The parties before the court are admonished that they must cooperate with the Department of Children and Family Services, comply with the terms of the service plans, and correct the conditions which require the child to be in care, or risk termination of parental rights.

5. ☑ This cause is continued to ___(SEE SPECIAL ORDER)___ at _____ in Courtroom ___434___ for ___

6. ☐ The adjudication setting is ☐ within the statutory time limits or ☐ outside the time limits, all parties have waived the time limits, and the court finds it is in the minor's best interest.

Entered: ___9/21/20___

JUDGE OF THE TENTH JUDICIAL CIRCUIT

ARRAIGNMENT ORDER (abuse/neglect)

Form 800 5 part

5D

FILED
9/28/2020 1 25 PM
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
PEORIA COUNTY—JUVENILE DIVISION

U.M. 7319 2014

IN THE INTEREST OF K.A. 1690 2010 )
M███ N███ & K█████          ) CASE NO. 20 JA 464-465
MINOR(S)                            )

## PROOF OF SERVICE

The undersigned certifies that copies of orders, petitions, petition request, Peoria Police report 19-27398  19-28012, 19-28099, 20-18075 20-16212  20-F-50, 20-OP-756, 20-OP-679, 20-OP-678, 20-OP-299, 20-OP-19. LEADS of Kelly Webster  LEADS of Charlie Moline were served upon the person(s) listed below by hand delivery, email, fax, placing in the appropriate box inside the Peoria County Court Administration Office and/ or mail, email or fax, postage paid on September 28, 2020

Tammy L Metcalf
Paralegal/ Juvenile Division

Pate Dluski
Attorney at Law
337 Court St
Pekin IL 61554

Signed and Sworn to before me this 28th day of September, 2020

NOTARY PUBLIC

OFFICIAL SEAL
KAREN S NAFZIGER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/31/24



F''ED
.RS
...5/2020 11:28 AM
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
PEORIA COUNTY--JUVENILE DIVISION

IN THE INTEREST OF K.M. ....

M____ N___ & K____    ) CASE NO 20 JA 464-465
MINOR(S)                        )
                                      )

## PROOF OF SERVICE

The undersigned certifies that copies of orders, petitions, petition request. Peoria Police report 19-27898, 19-28012, 19-28099, 20-18075, 20-16212, 20-F-50, 20-OP-756, 20-OP-679, 20-OP-678, 20-OP-299, 20-OP-19. LEADS of Kelly Webster, LEADS of Charlie Moline were served upon the person(s) listed below by hand delivery, email, fax, placing in the appropriate box inside the Peoria County Court Administration Office and/ or mail email or fax, postage paid on September 25, 2020

_____
Tammy L Metcalf
Paralegal/ Juvenile Division

Anne Bartolo
Attorney at Law
416 Main Street   Suite 409
Peoria. IL 61602

Mike Vespa
Attorney at Law
456 Fulton St. STE 201
Peoria. IL 61602

Aimee Dluski
Attorney at Law
337 Court St
Pekin. IL 61554

Signed and Sworn to before me this 25th day of September, 2020

_____
NOTARY PUBLIC

OFFICIAL SEAL
KAREN S NAFZIGER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/31/24